■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LUCRETIA BLYTHER, Appellant.—Appellant was convicted in the County Court, Kings County, of jumping bail, as a misdemeanor (Penal Law, § 1694-a), upon her plea of guilty, and was sentenced to serve one year in the New York City Penitentiary. The appeal is from the judgment of conviction and said sentence. Judgment unanimously affirmed. No opinion. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Present—Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES HEMLEB, Appellant.— Appeal from a judgment of a City Magistrate, holding a Court of Special Sessions in the City of New York, Borough of Queens, convicting appellant of operating a motor vehicle while intoxicated, and sentencing him to pay a fine of $100. The fine was paid. Judgment reversed on the law and the facts, information dismissed, and fine remitted. There is no proof in the record that appellant operated the motor vehicle while intoxicated, other than his ambiguous admission, made while intoxicated, that he had been driving the car. In the absence of additional proof as to operation, this conviction may not stand (Code Crim. Pro., § 395; People v. Strauss, 260 App. Div. 880; People v. Cuozzo, 292 N. Y. 85; People v. Shanks, 201 Misc. 511, affd. 279 App. Div. 1082). Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur.

## (October 16, 1957)

■ In the Matter of the Application of WAYNE M. HOFFMAN for Admission to Practice as an Attorney. (From the State of Illinois.)—Application granted. Present—Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ In the Matter of the Application of CHARLES FINCH BARBER, for Admission to Practice as an Attorney. (From the District of Columbia.)—Application granted. Present—Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

## (October 21, 1957)

■ OLGA ALEXANDER, Respondent, v. STEPHEN CAVAGNARO, Appellant, et al., Defendant.— Motion by attorney William L. Fredericks, Esq., for reargument and for other relief, for a stay pending such reargument and, in the alternative, for leave to appeal to the Court of Appeals from the order directing restitution and for a stay pending such appeal. Motion for reargument granted. On reargument, the matter is referred to Honorable JOHN MACCRATE, Official Referee, for the purpose of hearing and examining into all the relevant facts and of making a report to this court, together with his findings of fact and recommendations. Motion for a stay pending the determination of the motion on reargument granted on condition that, within 20 days after the entry of the order hereon, the movant shall file an undertaking in the sum of $9,000, with corporate surety, agreeing to pay any sum of money which this court has directed or may hereafter direct him and Jere C. Sullivan, Esq., to pay. Motion for leave to appeal to the Court of Appeals and for a stay pending such appeal denied, without costs, with leave to renew. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ. [See ante, p. 689.]